# United States Court of Appeals
## For the First Circuit

No. 26-1029

YOAV SEGEV,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; HARVARD UNIVERSITY POLICE DEPARTMENT; MEREDITH WEENICK; VICTOR A. CLAY,

Defendants - Appellees.

**NOTICE**

Issued: March 27, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Erielle Azerrad

The following attorneys will continue to receive notice in this case:

Jared S. Bauman
Douglas Scott Brooks
Rachel Craft
John Cycon
Felicia H. Ellsworth
Andreas Nicholaos Episkopos
Mark A. Kirsch
Jonathan P. Lienhard
Gina Merrill
Mark Pinkert
Jason Brett Torchinsky
Jacob Tuttle Newman

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry - (617) 748-4275

cc:
Erielle Azerrad
Jared S. Bauman
Douglas Scott Brooks
Rachel Craft
John Cycon
Felicia H. Ellsworth
Andreas Nicholaos Episkopos
Mark A. Kirsch
Jonathan P. Lienhard
Gina Merrill
Mark Pinkert
Jason Brett Torchinsky
Jacob Tuttle Newman